In re:
Julie M. Pickle
    Debtor

Case No. 17-00467-RNO
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: karendavi     Page 1 of 1     Date Rcvd: Mar 15, 2017
                      Form ID: ntcnfhrg     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
```
db              Julie M. Pickle,    409 Chestnut St,    Delta, PA 17314-8111
4881586        +Allied Propane,    307 W. Pulaski Hwy,    Elkton, MD 21921-5265
4881587         Altran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
4881588        +Attorney Matthew K. Fissel,    BNY Independence Center,    701 Market Place, Ste 5000,
                 Philadelphia, PA 19106-1541
4881589        +Baltimore District Court,    8914 Kelso Dr,    Essex, MD 21221-3169
4881590        +Capital One Bank, USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
4881591        +Chase/Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
4881592        +Delta Borough Municipal Authority,    101 College Ave,    PO Box 278,    Delta, PA 17314-0278
4881593         DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
4881596        +PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
4881597        +Ronald L. Horney,    2518 Chillberry Avenue West,    Joppa, MD 21085-2329
4881598        +State of Colorado Child,    1575 Sherman St,    5th Fl,    Denver, CO 80203-1702
4881599         USAA Savings Bank,    10750 McDermott Fwy,    San Antonio, TX 78288-1600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4881594        +E-mail/Text: bankruptcy@loanpacific.com Mar 15 2017 19:11:20     Pacific Union Financial,
                 1603 LBJ Feeway,    Suite 600,    Dallas, TX 75234-6071
                                                                                               TOTAL: 1
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
4881595       ##+Peak Managment LLC,    1600 Cantwell Rd,    Windsor Mill, MD 21244-1402
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Cynthia E Reed    on behalf of Debtor Julie M. Pickle reed.cynthia@gmail.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Julie M. Pickle
fka Julie M. Wood
Debtor(s)

Chapter 13

Case No. 1:17−bk−00467−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 15, 2017 |