IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| JULIE M. PICKLE | |
| F/K/A JULIE M WOOD, | Case No. 1-17-bk-00467-RNO |
| Debtor | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002(a) AND (b)

TO THE CLERK OF THE COURT:

Please be advised that Brent C. Diefenderfer, Esquire, of CGA Law Firm, 135 North

George Street, York, Pennsylvania 17401, hereby enters his appearance as Counsel for Delta

Borough Municipal Authority and requests copies of all Notices pursuant to Bankruptcy Rules

2002(a) and 2002(b).

Respectfully submitted,

CGA Law Firm


/s/Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
Sup. Ct. I.D. No. 93685
135 North George Street
York, PA 17401
717-718-7127

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                          | Chapter 13
    JULIE M. PICKLE                             |
    F/K/A JULIE M WOOD,                         | Case No. 1-17-bk-00467-RNO
                        Debtor                  |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following Filing Users:

Charles J. DeHart, III, Chapter 13 Trustee

Cynthia E. Reed, Esquire

/s/Brent C. Diefenderfer, Esquire
Brent C. Diefenderfer, Esquire
Sup. Ct. I.D. No. 93685
135 North George Street
York, PA 17401
717-718-7127

{01286558/1}