UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JULIE M. PICKLE<br>    Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | :<br>:<br>: |
|     vs. | :<br>:<br>: |
| JULIE M. PICKLE<br>    Respondent(s) | :<br>: CASE NO. 1-17-bk-00467 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

  AND NOW, this 15th day of May, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

  1. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Domestic support information.
    b. Proof of Claim for Pacific Union Financial.

  WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

          Respectfully submitted:

          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          8125 Adams Drive, Suite A
          Hummelstown, PA 17036
          (717) 566-6097

      BY:  /s/James K. Jones
          Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 15th day of May, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Cynthia Reed, Esquire
8 North Queen Street, Suite 700F
Lancaster, PA   17603

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee