Allied Propane
307 W. Pulaski Hwy
Elkton, MD 21921

Altran Financial, LP
PO Box 4045
Concord, CA 94524-4045

Attorney Matthew K. Fissel
BNY Independence Center
701 Market Place, Ste 5000
Philadelphia, PA 19106-1532

Baltimore District Court
8914 Kelso Dr
Essex, MD 21221

Capital One Bank, USA NA
PO Box 30281
Salt Lake City, UT 84130

Chase/Bank One Card Services
PO Box 15298
Wilmington, DE 19850

Delta Borough Municipal Authority
101 College Ave
PO Box 278
Delta, PA 17314

DirecTV
PO Box 5007
Carol Stream, IL 60197-5007

Pacific Union Financial
1603 LBJ Feeway
Suite 600
Dallas, TX 75234

Peak Managment LLC
1600 Cantwell Rd
Windsor Mill, MD 21244

PECO
PO Box 37629
Philadelphia, PA 19101

Ronald L. Horney
2518 Chillberry Avenue West
Joppa, MD 21085

Case 1:17-bk-00467-RNO    Doc 29    Filed 05/16/17    Entered 05/16/17 14:24:56    Desc
Main Document    Page 1 of 2

file:///C|/Users/Cynthia/Google%20Drive/Clio/Pickle,%20Julie%20M/20170929/Pickle,Julie/creditors.txt[5/12/2017 2:07:12 PM]

State of Colorado Child
1575 Sherman St
5th Fl
Denver, CO  80203

USAA Savings Bank
10750 McDermott Fwy
San Antonio, TX  78288-1600