## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Julie M. Pickle fka Julie M. Wood<br>      Debtor<br><br>Pacific Union Financial, LLC, its successors and/or assigns<br>      Movant<br>   vs.<br><br>Julie M. Pickle fka Julie M. Wood<br>      Debtor<br><br>Charles J. DeHart, III Esq.<br>      Trustee | CHAPTER 13<br><br><br><br>NO. 17-00467 RNO<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Pacific Union Financial, LLC, which was filed with the Court on or about **April 21, 2017** Docket No. 21.

            Respectfully submitted,

            **/s/ James C. Warmbrodt, Esquire**
            James C. Warmbrodt, Esquire
            jwarmbrodt@kmllawgroup.com
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            412-430-3594

June 1, 2017