UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JULIE M. PICKLE              :  CHAPTER
        Debtor(s)                    :
                                     :
        CHARLES J. DEHART, III       :
        STANDING CHAPTER 13 TRUSTEE  :
                                     :
        vs.                          :
                                     :
        JULIE M. PICKLE              :
        Respondent(s)                :  CASE NO.   1-17-bk-00467

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   2nd   day of June, 2017, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about May 15, 2017 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   2nd   day of June, 2017, I hereby certify that I have served the
within Objection by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Cynthia Reed, Esquire
8 North Queen Street, Suite 700F
Lancaster, PA   17603

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee3