UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE :
:  Bankruptcy No.: 17-00467
JULIE M. PICKLE :  Chapter 13
    Debtor :
:
:

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of September, 2017, I served a true and correct copy of the Amended Chapter 13 Plan with Notice of Confirmation Hearing for the above captioned case upon the following, in the manner indicated:

*Via ECM/ECF*:

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com

Brent Diefenderfer on behalf of Creditor Delta Borough Municipal Authority
bdiefenderfer@cgalaw.com,
tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.com;kbrayboy@cgalaw.com;r48835@notify.bestcase.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor Pacific Union Financial, LLC
bkgroup@kmllawgroup.com

*Via Regular First Class Mail:*

| | |
|---|---|
| Allied Propane<br>307 W. Pulaski Hwy<br>Elkton, MD  21921 | Altran Financial, LP<br>PO Box 4045<br>Concord, CA  94524-4045 |
| Attorney Matthew K. Fissel<br>BNY Independence Center<br>701 Market Place, Ste 5000<br>Philadelphia, PA  19106-1532 | Baltimore District Court<br>8914 Kelso Dr<br>Essex, MD  21221 |

| | |
|---|---|
| Capital One Bank, USA NA<br>PO Box 30281<br>Salt Lake City, UT  84130 | Chase/Bank One Card Services<br>PO Box 15298<br>Wilmington, DE  19850 |
| DirecTV<br>PO Box 5007<br>Carol Stream, IL  60197-5007 | Peak Managment LLC<br>1600 Cantwell Rd<br>Windsor Mill, MD  21244 |
| PECO<br>PO Box 37629<br>Philadelphia, PA  19101 | Ronald L. Horney<br>2518 Chillberry Avenue West<br>Joppa, MD  21085 |
| Julie M. Pickle<br>409 Chestnut St.<br>Delta, PA  17314-8111 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA  23541-1067 |
| State of Colorado Child<br>1575 Sherman St<br>5th Fl<br>Denver, CO  80203 | USAA Savings Bank<br>10750 McDermott Fwy<br>San Antonio, TX  78288-1600 |
| USAA Savings Bank<br>℅ Weinstein & Riley, PS<br>2001 Western Ave, Ste 400<br>Seattle, WA  98121-3132 | |

/s/ Cynthia E. Reed
Cynthia E. Reed, Esquire
8 N. Queen St. 700H
Lancaster, PA 17603
(717) 392-2027