```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 17-00467-RNO
Julie M. Pickle                                                   Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1              Date Rcvd: Feb 07, 2018
                              Form ID: ordsmiss            Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
```
db              Julie M. Pickle,    409 Chestnut St,    Delta, PA 17314-8111
4881586        +Allied Propane,    307 W. Pulaski Hwy,    Elkton, MD 21921-5265
4881587         Altran Financial, LP,    PO Box 4045,    Concord, CA 94524-4045
4881588        +Attorney Matthew K. Fissel,    BNY Independence Center,    701 Market Place, Ste 5000,
                 Philadelphia, PA 19106-1541
4881589        +Baltimore District Court,    8914 Kelso Dr,    Essex, MD 21221-3169
4881592        +Delta Borough Municipal Authority,    101 College Ave,    PO Box 278,    Delta, PA 17314-0278
4881593         DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
4881596        +PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
4921758        +Pacific Union Financial, LLC,    7880 Bent Branch Drive #100,    Irving, TX 75063-6046
4881597        +Ronald L. Horney,    2518 Chillberry Avenue West,    Joppa, MD 21085-2329
4881598        +State of Colorado Child,    1575 Sherman St,    5th Fl,    Denver, CO 80203-1702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4881590        +EDI: CAPITALONE.COM Feb 07 2018 18:58:00     Capital One Bank, USA NA,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
4881591        +EDI: CHASE.COM Feb 07 2018 18:58:00      Chase/Bank One Card Services,   PO Box 15298,
                 Wilmington, DE 19850-5298
4929761         EDI: PRA.COM Feb 07 2018 18:58:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
4881594        +E-mail/Text: bankruptcy@loanpacific.com Feb 07 2018 18:53:56      Pacific Union Financial,
                 1603 LBJ Feeway,    Suite 600,   Dallas, TX 75234-6071
4906860        +E-mail/Text: bncmail@w-legal.com Feb 07 2018 18:53:43     USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4881599         EDI: USAA.COM Feb 07 2018 18:58:00      USAA Savings Bank,   10750 McDermott Fwy,
                 San Antonio, TX 78288-1600
                                                                                             TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Delta Borough Municipal Authority,    101 College Ave.,   P.O. Box 278,    Delta, PA 17314-0278
4902209*       +Delta Borough Municipal Authority,    101 College Ave.,   P.O. Box 278,    Delta, PA 17314-0278
4881595       ##+Peak Managment LLC,    1600 Cantwell Rd,    Windsor Mill, MD 21244-1402
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2018 at the address(es) listed below:
```
              Brent  Diefenderfer    on behalf of Creditor   Delta Borough Municipal Authority
               bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
               m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Cynthia E Reed    on behalf of Debtor 1 Julie M. Pickle reed.cynthia@gmail.com
              James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Julie M. Pickle | Chapter | 13 |
| fka Julie M. Wood | | |
| **Debtor(s)** | Case No. | 1:17−bk−00467−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: February 7, 2018

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk